ROBERT C. BORRIS JR., ESQ. #85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581 7111 Fax 582 6729
rborrisjr@aol.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Chapter 11 N0 11-42980 |
| | ) |
| Garrett Yance Riller Sr. & Angela Davette Riller | ) STATUS CONFERENCE ) STATEMENT |
| | ) |
| Debtors | ) **April 26, 2011 @ 1:30 PM** |
| | ) **Department 201** |
| | ) **Judge Roger Efremsky** |

Debtors present the following Status Conference Statement:

1. Debtors filed this case under chapter 11 on <u>March 19, 2011</u> in order to stave off a foreclosure on their residence in Dublin, California. The Debtors own three (3) properties and because of <u>Bankruptcy Code Section 109(e)</u> secured creditor thresholds could not file a chapter 13.

2. The Debtors operate a business, a board and care facility known as "God Sent Care Center". As such an Ombudsman may have to be appointed as a laison for the Court. The board and care facilities are operated out of the Debtors' two real properties

in Dublin, California, 7628 Ironwood Drive and 7769 Starwood Drive. Each facility has lawful capacity for 6 patients (total of 12) which in the past generated approximately $30,000 per month. However, over the past three years the client base has diminished considerably as a result of the Great Recession leaving the Debtors often doing hospice care only with the attendant turnover.  At the present time there is one (1) full time patient and one (1) hospice patient.

    3. <u>July 11, 2011</u> is the bar date for filing of claims.  Of note is that fact that the Debtors have very little unsecured debt.

    4. The section 341 hearing was conducted without any creditor attendance. The parties have opened the DIP account and closed all of their pre petition accounts.

    5. The Debtors have provided the US Trustee with all documents required of them pursuant to the IDI notice.

    6. There are no cash collateral issues in this case as the Debtors are paying the rents directly to the holders of the first deeds of trust. No creditor has filed a Notice re: Security Interest in Rents & Profits.

    7. The Debtors intend to modify the loan secured by first deed of trust on their home and maintain as current the loans secured by first trust deeds on the other properties. There is one note secured by second deed of trust upon the Debtors' residence which the Debtors will seek to avoid, namely Franklin Credit.

8. Ms. Riller is a registered nurse and is working medium time with gross monthly income of $5,000.00 from Valley Healthcare Hospital in Pleasanton, CA. Mr. Riller runs the facilities when she is not present.

9. The Debtors would request that the Status Conference be continued 90 days at which time a deadline for Disclosure Statement could be made.

April 19, 2011

                                            s/s Robert C. Borris Jr., Esq.
                                            Attorney for Debtors

<u>Court Service List</u>

Matthew Kretzer, Esq.
Office of the US Trustee
1301 Clay Street 690N
Oakland CA 94612

# Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com