# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: [CASE NAME]

**GARRETT YANCE RILLER & ANGELA DAVETTE RILLER**

Case No. _11-42980_

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: _MAy 2011_     PETITION DATE: _3-18-11_

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in     $1

| 2. Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | - 49,26  $0 | 499-.10 | |
| b. Total Assets | 1722,50.74  $0 | 1727,73.10 | |
| c. Current Liabilities | 0  $0 | 237,89420 | |
| d. Total Liabilities | 237,874 2  $0 | 231,8742 | |

| 3. Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $0 | | $0 |
| b. Total Disbursements | $0 | | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
| d. Cash Balance Beginning of Month | $0 | | $0 |
| e. Cash Balance End of Month (c + d) | $0 | $0 | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:     **Yes**     **No**

8.  Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)

9.  Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)

10. If the answer is yes to 8 or 9, were all such payments approved by the court?

11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)

12. Is the estate insured for replacement cost of assets and for general liability?

13. Are a plan and disclosure statement on file?

14. Was there any post-petition borrowing during this reporting period?

15. Check if paid: Post-petition taxes ____;     U.S. Trustee Quarterly Fees ____;  Check if filing is current for: Post-petition tax reporting and tax returns: ____.
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: _7/25/11_

_____
Responsible Individual

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended _May 2011_    #11-4298D

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | 14,100 | 29,600 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | _Part Time Job Valley Care / Hospital_ | 5412.86 | 16,691.17 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 19 512.8 | 43,791.17 41291.17 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | 8463.37 | 8463.37 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | _living Expenses_ | 2649 | 8649 |
| 33 | _Expenses Home Care business_ | 4289 | 9944 |
| 34 | _Church donation_ | 900.00 | 4300.00 |
| 35 | _Valley Care Tax deductions_ | 698.66 | 2127. |
| 36 | _College Expenses_ | 0 | 800 - |
| 37 | **Total Cash Disbursements:** | 17000.03 | 34283.37 |
| 38 | **Net Increase (Decrease) in Cash** | 2512.83 | 7007.80 |
| 39 | **Cash Balance, Beginning of Period** | 4467.88 | 4534.08 |
| 40 | **Cash Balance, End of Period** | 6980.71 | 11,541.8 |

# SCHEDULES TO THE BALANCE SHEET

*May 2011*
*11 - 42980*

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | BANK OF WEST | Wells Fargo | |
| 11 | Account No. | 622041677 | | |
| 12 | Account Purpose | | DIP | |
| 13 | Balance, End of Month | - 49,26 | - 59,02 | |
| 14 | Total Funds on Hand for all Accounts | 0 | $0 | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended **MAY 20** *to* **2011**

11-42980

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | -49.26 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: _____ | | |
| 5 | _____ | | |
| 6 | **Total Current Assets** | | -49.26 $0 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | 850.000 |
| 8 | Real property (rental or commercial) | | 850.000 |
| 9 | Furniture, Fixtures, and Equipment | | 1200.00 |
| 10 | Vehicles | | 21,000 |
| 11 | Partnership interests | | 0 |
| 12 | Interest in corporations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: _____ | | |
| 16 | _____ | | |
| 17 | **Total Long Term Assets** | | 1722,200. $0 |
| 18 | **Total Assets** | | 1722150.74 $0 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: _____ | | |
| 24 | _____ | | |
| 25 | **Total Current Liabilities** | | 0 $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | 1,063,441 |
| 29 | Secured claims (other) | | 1,214,864 |
| 30 | Priority unsecured claims | | 8,000 |
| 31 | General unsecured claims | | 32,437 |
| 32 | **Total Pre-Petition Liabilities** | | 2318742 $0 |
| 33 | **Total Liabilities** | | 2318742. $0 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | - 596,591.26 |
| 35 | **Total Liabilities and Equity (Deficit)** | | 1722150.74 $0 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals, familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/08



# BANK OF THE WEST®

*For May 2011* STATEMENT

DUBLIN OFFICE                              00622
7533 DUBLIN BOULEVARD
DUBLIN CA 94568-2901 800-488-2265

STATEMENT PERIOD
04/12/11 THROUGH 05/11/11

ANGELA D RILLER
RYAN W RILLER
7733 BLOOMFIELD TERR
DUBLIN CA  94568 5564

622-043677            0 ITEMS ENCLOSED

------------------------------------------------------------------------
IMPROVEMENT TO FUNDS AVAILABILITY: THE REFERENCE TO $100 IN
THE "LONGER DELAYS MAY APPLY" SECTION OF YOUR DEPOSIT
DISCLOSURE BOOKLET IS REPLACED WITH $200 AS OF 5/9/2011.
------------------------------------------------------------------------

## FREE CHECKING ACCOUNT NUMBER 622-043677

BEGINNING BALANCE..............308.14    AVERAGE DAILY BALANCE...................1,728.00
    3 DEPOSITS.................9,400.00    LOW BALANCE.................................5.18
    2 CREDITS.................4,180.07    YEAR-TO-DATE INTEREST PAID..................0.00
   94 WITHDRAWALS............12,036.03    YEAR-TO-DATE TAX WITHHELD...................0.00
    5 CHECKS..................1,851.00    ANNUAL PERCENTAGE YIELD EARNED..............0.00
ENDING BALANCE.................... 1.18    INTEREST ACCRUED THIS STATEMENT.............0.00

|                            | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|----------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES       | 0.00                  | 25.00              |
| TOTAL RETURNED ITEM FEES   | 35.00                 | 210.00             |

## DEPOSITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | |
|------|--------|--------------------------|---|---|
| 04/15 | 2,069.98 | ELECTRONIC DEP | VALLEYCARE HEALT PR PAYMENT 041511 | PPD |
| 04/29 | 2,110.09 | ELECTRONIC DEP | VALLEYCARE HEALT PR PAYMENT 042911 | PPD |

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 04/12 | 3,000.00 | 04/20 | 3,000.00 | 04/29 | 3,400.00 |

## WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | | | |
|------|--------|--------------------------|---|---|---|---|
| 04/12 | 205.36 | DEBIT CARD POS | APEX WIRELESS | | DUBLIN | CA ON 110412 |
| 04/12 | 34.01 | DEBIT CARD POS | SAFEWAY FUEL 10019537 | | DUBLIN | CA ON 110412 |
| 04/12 | 577.34 | ELECTRONIC DBT | COMCAST | COMCAST | 041211 | TEL |
| 04/12 | 106.64 | ELECTRONIC DBT | COMCAST | COMCAST | 041211 | TEL |
| 04/13 | 82.39 | DEBIT CARD POS | VALERO #7210 | | DUBLIN | CA ON 110413 |
| 04/13 | 74.41 | POS PURCHASE | 175297 | H & M | PLEASANTON | CA |
| 04/13 | 53.79 | DEBIT CARD POS | SHELL OIL 57444673800 | | DUBLIN | CA ON 110413 |
| 04/13 | 33.39 | DEBIT CARD POS | SHELL OIL 57444673800 | | DUBLIN | CA ON 110413 |
| 04/13 | 32.88 | POS PURCHASE | 009771 | MACY'S | 33    PLEASANTON | CA |
| 04/13 | 19.74 | POS PURCHASE | 008552 | JCPENNEY STORE | PLEASANTON | CA |
| 04/13 | 5.75 | DEBIT CARD POS | PRESIDIO-CALE PARK QPS | | SAN FRANCISCO | CA ON 110413 |
| 04/14 | 100.00 | CASH WD ATM | 0910-000844 BK WEST DUBLIN BLVD DUBLIN | | | CA |
| 04/14 | 43.30 | POS PURCHASE | 370317 | SAFEWAY STORE | DUBLIN | CA |
| 04/14 | 21.92 | POS PURCHASE | 098666 | PRETTY IN PINK | DUBLIN | CA |
| 04/14 | 17.52 | DEBIT CARD POS | MCDONALD'S F1510 | QPS | DUBLIN | CA ON 110414 |
| 04/15 | 400.00 | CASH WD ATM | 0910-000915 BK WEST DUBLIN BLVD DUBLIN | | | CA |
| 04/15 | 57.15 | DEBIT CARD POS | UNION 76 | 10096477 | HAYWARD | CA ON 110415 |
| 04/15 | 41.46 | POS PURCHASE | 037390 | MICHAELS #9443 | DUBLIN | CA |
| 04/15 | 38.18 | DEBIT CARD POS | UNION 76 | 10096477 | HAYWARD | CA ON 110415 |
| 04/15 | 75.86 | ELECTRONIC DBT | BJ Global DIRECT kymarochk 041511 | | | TEL |
| 04/18 | 688.78 | POS PURCHASE | 023927 | TARGET T0328 D | Dublin | CA |



**For Your Protection:** Please examine this statement and report any discrepancy within 30 days.     **MEMBER FDIC**

BANK of the WEST

DUBLIN OFFICE                        00622
7533 DUBLIN BOULEVARD
DUBLIN CA 94568-2901 800-488-2265

ANGELA D RILLER

STATEMENT PERIOD
04/12/11 THROUGH 05/11/11

622-043677

---

WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | | | |
|------|-------:|-----------|--|--|--|--|
| 04/18 | 400.00 | CASH WD ATM | 0910-001417 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 04/18 | 400.00 | CASH WD ATM | 0910-001148 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 04/18 | 100.00 | DEBIT CARD POS | KAISER PERMANENTE NOCA | OAKLAND | | CA ON 110418 |
| 04/18 | 81.75 | DEBIT CARD POS | VALERO #7210 | DUBLIN | | CA ON 110418 |
| 04/18 | 36.00 | DEBIT CARD POS | REGAL CINEMAS HACIENDA | DUBLIN | | CA ON 110418 |
| 04/18 | 31.83 | DEBIT CARD POS | BIG LOTS #042800042812 | DUBLIN | | CA ON 110418 |
| 04/18 | 12.25 | DEBIT CARD POS | REGAL CINEMAS HACIENDA | DUBLIN | | CA ON 110418 |
| 04/18 | 11.91 | DEBIT CARD POS | SUBWAY       00023150 | DUBLIN | | CA ON 110418 |
| 04/18 | 10.50 | DEBIT CARD POS | VIP QUALITY CLEANER | DUBLIN | | CA ON 110418 |
| 04/19 | 104.24 | POS PURCHASE | 003703        TARGET T0328 D | Dublin | | CA |
| 04/19 | 100.00 | CASH WD ATM | 0910-001696 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 04/20 | 33.64 | DEBIT CARD POS | MIMIS CAFE 41 | DUBLIN | | CA ON 110420 |
| 04/21 | 400.00 | CASH WD ATM | 0910-002169 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 04/21 | 75.00 | DEBIT CARD POS | ROTTEN ROBBIE #64 | LIVERMORE | | CA ON 110421 |
| 04/22 | 300.00 | CASH WD ATM | 0910-002327 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 04/22 | 103.00 | CASH WD ATM | 004972        US BANK DUBLIN | DUBLIN | | CA |
| 04/22 | 67.99 | DEBIT CARD POS | STUDENT FIN AID SVCS | 800-750-3446 | | CA ON 110422 |
| 04/25 | 203.00 | CASH WD ATM | 005079        US BANK DUBLIN | DUBLIN | | CA |
| 04/25 | 80.00 | DEBIT CARD POS | VCHS GIFT SHOP | LIVERMORE | | CA ON 110424 |
| 04/25 | 77.31 | DEBIT CARD POS | CHEVRON 0095542 | DUBLIN | | CA ON 110424 |
| 04/25 | 52.74 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | | CA ON 110424 |
| 04/25 | 362.49 | ELECTRONIC DBT | VZ WIRELESS VW    E CHECK    042511 | | | TEL |
| 04/27 | 500.00 | IN-BRANCH WDR | | | | |
| 04/27 | 12.02 | DEBIT CARD POS | REDBOX *DVD RENTAL    866-733-2693 | | IL ON 110427 |
| 04/29 | 300.00 | CASH WD ATM | 0910-003551 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 04/29 | 200.00 | CASH WD ATM | 0910-003480 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 05/02 | 599.16 | DEBIT CARD POS | BIG O TIRES #7 | DUBLIN | | CA ON 110430 |
| 05/02 | 400.00 | CASH WD ATM | 0910-004014 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 05/02 | 400.00 | CASH WD ATM | 0910-003923 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 05/02 | 364.45 | POS PURCHASE | 528830        Pacific Gas & | San FranciscoCA | | |
| 05/02 | 262.00 | DEBIT CARD POS | STANLEY STEEMER/SL,CA | SAN LEANDRO | | CA ON 110430 |
| 05/02 | 251.45 | POS PURCHASE | 528857        Pacific Gas & | San FranciscoCA | | |
| 05/02 | 198.45 | POS PURCHASE | 528811        Pacific Gas & | San FranciscoCA | | |
| 05/02 | 151.35 | POS PURCHASE | 061693        BCF - 6900 AMADOR DUBLIN | | CA |
| 05/02 | 122.11 | DEBIT CARD POS | BUBBA GUMP-SAN FRAN | MONTEREY | | CA ON 110502 |
| 05/02 | 102.77 | DEBIT CARD POS | SOUTHWEST CREDIT SYSTE | CARROLLTON | | TX ON 110430 |
| 05/02 | 100.00 | DEBIT CARD POS | KAISER PERMANENTE NOCA | OAKLAND | | CA ON 110502 |
| 05/02 | 82.31 | POS PURCHASE | 002464        MACY'S    33    PLEASANTON | | CA |
| 05/02 | 69.08 | DEBIT CARD POS | RED ROBIN NO 195 | PLEASANTON | | CA ON 110502 |
| 05/02 | 58.17 | POS PURCHASE | 656053        BIG LOTS #0428 | DUBLIN | | CA |
| 05/02 | 54.85 | POS PURCHASE | 008961        JCPENNEY STORE | PLEASANTON | | CA |
| 05/02 | 54.59 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | | CA ON 110502 |
| 05/02 | 50.00 | CASH WD ATM | 0910-003751 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 05/02 | 50.00 | CASH WD ATM | 0910-003878 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 05/02 | 45.35 | POS PURCHASE | 564665        SHELL Service | DUBLIN | | CA |
| 05/02 | 45.30 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | | CA ON 110502 |
| 05/02 | 27.21 | POS PURCHASE | 198454        SHELL Service | DUBLIN | | CA |

RECYCLABLE   EQUAL HOUSING LENDER

**For Your Protection:** Please examine this statement and report any discrepancy within **30** days.    MEMBER FDIC

ANGELA D RILLER                                       STATEMENT PERIOD
                                                      04/12/11 THROUGH 05/11/11


          622-043677

------------------------------------------------------------------------------------

WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | | |
|------|--------|-------------------------|---|---|---|
| 05/02 | 26.10 | DEBIT CARD POS | CHINA VILLAGE | DUBLIN | CA ON 110430 |
| 05/02 | 15.74 | DEBIT CARD POS | LUCKY #770 SAN RAMON | SAN RAMON | CA ON 110502 |
| 05/02 | 14.39 | DEBIT CARD POS | DAIRY QUEEN #40700 QPS | SAN RAMON | CA ON 110502 |
| 05/02 | 2.72 | DEBIT CARD POS | DAIRY QUEEN #40700 QPS | SAN RAMON | CA ON 110502 |
| 05/03 | 19.00 | ELECTRONIC DBT | EXPRESS FITNESS CLUB FEES 050211 | | PPD |
| 05/03 | 400.00 | CASH WD ATM | 0910-004486 BK WEST DUBLIN BLVD DUBLIN | | CA |
| 05/03 | 126.49 | POS PURCHASE | 930260 ORCHARD SUPPLY DUBLIN | | CA |
| 05/03 | 72.39 | DEBIT CARD POS | WORLD OF SHOES INC | DUBLIN | CA ON 110503 |
| 05/03 | 19.25 | DEBIT CARD POS | WD FAMILY CAFE61217428 | SAN FRANCISCO | CA ON 110503 |
| 05/03 | 7.00 | DEBIT CARD POS | AMPCO PARKING PIER 39 | SAN FRANCISCO | CA ON 110503 |
| 05/03 | 7.00 | DEBIT CARD POS | AMPCO PARKING PIER 39 | SAN FRANCISCO | CA ON 110503 |
| 05/04 | 400.00 | CASH WD ATM | 0910-004647 BK WEST DUBLIN BLVD DUBLIN | | CA |
| 05/04 | 87.74 | DEBIT CARD POS | CHEVRON 0095542 | DUBLIN | CA ON 110504 |
| 05/04 | 66.68 | POS PURCHASE | BLACK ANGUS DUBLIN | DUBLIN | CA ON 110504 |
| 05/04 | 44.06 | POS PURCHASE | 630989 ORCHARD SUPPLY DUBLIN | | CA |
| 05/04 | 35.66 | POS PURCHASE | 391091 SAFEWAY STORE DUBLIN | | CA |
| 05/04 | 7.33 | DEBIT CARD POS | WENDYS 00009 Q25 | DUBLIN | CA ON 110504 |
| 05/04 | 5.99 | DEBIT CARD POS | MCDONALD'S F12934 | SAN RAMON | CA ON 110504 |
| 05/05 | 1.50 | DEBIT CARD POS | PRESIDIO-CALE PARK | SAN FRANCISCO | CA ON 110504 |
| 05/05 | 17.87 | DEBIT CARD POS | MCDONALD'S F12934 | SAN RAMON | CA ON 110505 |
| 05/06 | 16.00 | DEBIT CARD POS | TAQUERIA EL BALAZO | PLEASANTON | CA ON 110505 |
| 05/10 | 200.00 | CASH WD ATM | 0910-004997 BK WEST DUBLIN BLVD DUBLIN | | CA |
| 05/10 | 84.98 | DEBIT CARD POS | FIT*24 HOUR FITNESS | 800-432-6348 | CA ON 110510 |
| 05/11 | 35.00 | RETURNED ITEM FEE | | | |
| 05/11 | 65.00 | CASH WD ATM | 0910-005904 BK WEST DUBLIN BLVD DUBLIN | | CA |
| 05/11 | 4.00 | NON-BOW ATM FEE | | | |

CHECKS

| NUMBER..DATE | AMOUNT | NUMBER..DATE | AMOUNT | NUMBER..DATE | AMOUNT |
|--------------|--------|--------------|--------|--------------|--------|
| 1143e 04/12 | 200.00 | 1145e 05/03 | 351.00 | 9955e*04/18 | 700.00 |
| 1144e 04/27 | 200.00 | 9504e*04/15 | 400.00 | | |

e REPRESENTS ITEMS PRESENTED ELECTRONICALLY, * REPRESENTS A GAP IN CHECK NUMBERS
------------------------------------------------------------------------------------

SAVINGS ACCOUNT NUMBER 622-043677

------------------------------------------------------------------------------------

BEGINNING BALANCE................. 6.78
  0 DEPOSITS.................. 0.00
  0 WITHDRAWALS............... 0.00
ENDING BALANCE.................... 6.78

LOW BALANCE................................ 6.78
YEAR-TO-DATE INTEREST PAID.................0.00
YEAR-TO-DATE FEDERAL TAX WITHHELD..........0.00
YEAR-TO-DATE STATE TAX WITHHELD............0.00
ANNUAL PERCENTAGE YIELD EARNED.............0.00
INTEREST ACCRUED THIS STATEMENT............0.00

RECYCLABLE   EQUAL HOUSING OF CO2

For Your Protection: Please examine this statement and report any discrepancy within 30 days

MEMBER FDIC

 

# BANK OF THE WEST®

*For ~~April~~ MAY 2011* **STATEMENT**

DUBLIN OFFICE                              00622
7533 DUBLIN BOULEVARD
DUBLIN CA 94568-2901 800-488-2265

ANGELA D RILLER
RYAN W RILLER
7733 BLOOMFIELD TERR
DUBLIN CA  94568 5564

STATEMENT PERIOD
05/12/11 THROUGH 06/09/11

622-043677           0 ITEMS ENCLOSED

------------------------------------------------------------------------
WANT LESS CLUTTER? GO PAPERLESS. IT'S CONVENIENT,
MORE SECURE AND FREE. LOG IN AT BANKOFTHEWEST.COM
AND CLICK STATEMENTS ON THE ACCOUNTS TAB TO ENROLL TODAY!
------------------------------------------------------------------------
FREE CHECKING ACCOUNT NUMBER 622-043677

```
BEGINNING BALANCE............... 1.18      AVERAGE DAILY BALANCE.....................691.00
      3 DEPOSITS................3,880.00    LOW BALANCE...............................84.26-
      2 CREDITS.................4,564.20    YEAR-TO-DATE INTEREST PAID.................0.00
     73 WITHDRAWALS............7,877.80     YEAR-TO-DATE TAX WITHHELD..................0.00
      3 CHECKS..................640.90      ANNUAL PERCENTAGE YIELD EARNED.............0.00
ENDING BALANCE..................73.32-     INTEREST ACCRUED THIS STATEMENT............0.00
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 105.00 | 130.00 |
| TOTAL RETURNED ITEM FEES | 35.00 | 245.00 |

DEPOSITS
DATE........AMOUNT.TRANSACTION DESCRIPTION

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | |
|---|---|---|---|---|
| 05/13 | 2,540.17 | ELECTRONIC DEP | VALLEYCARE HEALT PR PAYMENT 051311 | PPD |
| 05/27 | 2,024.03 | ELECTRONIC DEP | VALLEYCARE HEALT PR PAYMENT 052711 | PPD |

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 05/19 | 3,200.00 | 06/03 | 600.00 | 06/06 | 80.00 |

WITHDRAWALS
DATE........AMOUNT.TRANSACTION DESCRIPTION

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 05/13 | 400.00 | ELECTRONIC CHECK | CONVERTED PAID ITEM    304299 | CHECK #: | | 1147 |
| 05/13 | 63.82 | POS PURCHASE | 648523 | ROSS STORES #1 | ROUND ROCK | TX |
| 05/13 | 35.00 | PAID OVERDRAFT FEE | | | | |
| 05/16 | 203.00 | CASH WD ATM | 001801 | *1431/PARMER | CEDAR PARK | TX |
| 05/16 | 114.70 | POS PURCHASE | 000802 | KASPER #819 | ROUND ROCK | TX |
| 05/16 | 103.00 | CASH WD ATM | 002589 | UNIV/OAKS/FC   OA ROUND ROCK | | TX |
| 05/16 | 97.27 | POS PURCHASE | 009899 | TARGET T2342 C | CEDAR PARK | TX |
| 05/16 | 74.62 | POS PURCHASE | 921821 | 00139 Round Rock | Round Rock | TX |
| 05/16 | 63.00 | CASH WD ATM | 006297 | US BANK DUBLIN | DUBLIN | CA |
| 05/16 | 58.69 | DEBIT CARD POS | CASA RIO MEXICAN RESTA | SAN ANTONIO | TX ON 110516 | |
| 05/16 | 51.65 | POS PURCHASE | 527245 | SHELL Service | DUBLIN | CA |
| 05/16 | 37.47 | DEBIT CARD POS | COCO'S - 1198 | DUBLIN | CA ON 110516 | |
| 05/16 | 24.75 | DEBIT CARD POS | SAN ANTONIO CRUISES TI | SAN ANTONIO | TX ON 110516 | |
| 05/16 | 22.71 | POS PURCHASE | 011980 | PACSUN | ROUND ROCK | TX |
| 05/16 | 17.98 | POS PURCHASE | 606254 | BATH & BODY WO | ROUND ROCK | TX |
| 05/16 | 54.40 | ELECTRONIC DBT | ATT | Payment    051611 | | TEL |
| 05/17 | 530.00 | IN-BRANCH WDR | | | | |
| 05/17 | 64.85 | DEBIT CARD POS | THE DISNEY STORE #930 | ROUND ROCK | TX ON 110517 | |
| 05/17 | 16.80 | DEBIT CARD POS | CHEVRON 0210472 | CEDAR PARK | TX ON 110517 | |
| 05/18 | 61.70 | DEBIT CARD POS | BURBERRY #66 | ROUND ROCK | TX ON 110518 | |
| 05/18 | 20.52 | DEBIT CARD POS | THE DISNEY STORE #930 | ROUND ROCK | TX ON 110518 | |



For Your Protection: Please examine this statement and report any discrepancy within 30 days.    MEMBER FDIC

BANK OF THE WEST

DUBLIN OFFICE                    00622
7533 DUBLIN BOULEVARD
DUBLIN CA 94568-2901 800-488-2265

ANGELA D RILLER

STATEMENT PERIOD
05/12/11 THROUGH 06/09/11

622-043677

---

WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | | |
|------|--------|-------------------------|---|---|---|
| 05/18 | 35.00 | PAID OVERDRAFT FEE | | | |
| 05/19 | 90.11 | DEBIT CARD POS | VALERO #7210 | DUBLIN | CA ON 110519 |
| 05/20 | 1,000.00 | IN-BRANCH WDR | | | |
| 05/23 | 400.00 | CASH WD ATM | 0910-008179 BK WEST  DUBLIN BLVD  DUBLIN | | CA |
| 05/23 | 100.00 | CASH WD ATM | 0910-008281 BK WEST  DUBLIN BLVD  DUBLIN | | CA |
| 05/23 | 97.45 | DEBIT CARD POS | TODD A AUKER MD A PROF | PLEASANTON | CA ON 110522 |
| 05/23 | 85.89 | DEBIT CARD POS | COCO'S - 1198 | DUBLIN | CA ON 110523 |
| 05/23 | 82.06 | DEBIT CARD POS | COCO'S - 1198 | DUBLIN | CA ON 110523 |
| 05/23 | 81.70 | DEBIT CARD POS | VALERO #7210 | DUBLIN | CA ON 110523 |
| 05/23 | 67.15 | DEBIT CARD POS | SALLY BEAUTY #1368 | LIVERMORE | CA ON 110523 |
| 05/23 | 51.69 | DEBIT CARD POS | ROTTEN ROBBIE #64 | LIVERMORE | CA ON 110523 |
| 05/23 | 47.35 | DEBIT CARD POS | ROTTEN ROBBIE #64 | LIVERMORE | CA ON 110523 |
| 05/23 | 29.91 | DEBIT CARD POS | SALLY BEAUTY #1368 | LIVERMORE | CA ON 110523 |
| 05/23 | 27.61 | DEBIT CARD POS | MIMIS CAFE 41 | DUBLIN | CA ON 110523 |
| 05/23 | 25.07 | DEBIT CARD POS | CVS PHARMACY #3024 | DUBLIN | CA ON 110523 |
| 05/23 | 25.00 | DEBIT CARD POS | AMADOR VALLEY MEDICAL | DUBLIN | CA ON 110522 |
| 05/23 | 6.63 | DEBIT CARD POS | IN-N-OUT BURGER 000000 | LIVERMORE | CA ON 110523 |
| 05/23 | 3.28 | DEBIT CARD POS | REDBOX *DVD RENTAL | OAKBRKTERRACE | IL ON 110523 |
| 05/24 | 200.00 | CASH WD ATM | 0910-008474 BK WEST  DUBLIN BLVD  DUBLIN | | CA |
| 05/24 | 141.10 | POS PURCHASE | 031101          TARGET T0328 D     Dublin | | CA |
| 05/24 | 48.00 | DEBIT CARD POS | VCHS GIFT SHOP | LIVERMORE | CA ON 110524 |
| 05/24 | 25.00 | DEBIT CARD POS | PA REGION BUS OFC | SUNNYVALE | CA ON 110524 |
| 05/24 | 4.71 | DEBIT CARD POS | COCO'S - 1198 | DUBLIN | CA ON 110524 |
| 05/25 | 160.00 | CASH WD ATM | 0910-008686 BK WEST  DUBLIN BLVD  DUBLIN | | CA |
| 05/25 | 91.74 | POS PURCHASE | 508055          WALGREENS      SAN RAMON | | CA |
| 05/25 | 50.00 | DEBIT CARD POS | SHELL OIL 57444152300 | DUBLIN | CA ON 110525 |
| 05/25 | 17.93 | DEBIT CARD POS | WENDYS 00009 Q25 | DUBLIN | CA ON 110525 |
| 05/25 | 12.07 | DEBIT CARD POS | COPPER SKILLET PAN | DUBLIN | CA ON 110525 |
| 05/25 | 8.77 | DEBIT CARD POS | NEW EMPIRE BUFFET | LIVERMORE | CA ON 110525 |
| 05/25 | 6.31 | DEBIT CARD POS | MCDONALD'S F12934 | SAN RAMON | CA ON 110525 |
| 05/27 | 500.00 | IN-BRANCH WDR | | | |
| 05/27 | 403.00 | CASH WD ATM | 080155          2150 PORTOLA AV  LVERMORE | | CA |
| 05/27 | 124.42 | POS PURCHASE | 028142          TARGET T0328 D     Dublin | | CA |
| 05/27 | 86.93 | DEBIT CARD POS | CHEVRON 0095542 | DUBLIN | CA ON 110527 |
| 05/27 | 6.00 | DEBIT CARD POS | PRESIDIO-CALE PARK | SAN FRANCISCO | CA ON 110527 |
| 05/31 | 384.06 | POS PURCHASE | 044760          TARGET T0328 D     Dublin | | CA |
| 05/31 | 100.00 | CASH WD ATM | 0910-009559 BK WEST  DUBLIN BLVD  DUBLIN | | CA |
| 05/31 | 100.00 | CASH WD ATM | 0910-009513 BK WEST  DUBLIN BLVD  DUBLIN | | CA |
| 05/31 | 82.21 | DEBIT CARD POS | UNION 76          10096477 | HAYWARD | CA ON 110530 |
| 05/31 | 64.50 | DEBIT CARD POS | BLACK ANGUS DUBLIN | DUBLIN | CA ON 110531 |
| 05/31 | 58.83 | POS PURCHASE | 494756          SHELL Service     DUBLIN | | CA |
| 05/31 | 53.65 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | CA ON 110530 |
| 05/31 | 41.87 | DEBIT CARD POS | MIMIS CAFE 41 | DUBLIN | CA ON 110530 |
| 05/31 | 17.77 | DEBIT CARD POS | SALLY BEAUTY #0862 | SAN LEANDRO | CA ON 110530 |
| 05/31 | 13.04 | POS PURCHASE | 025388          TARGET T0328 D     Dublin | | CA |
| 06/01 | 35.00 | RETURNED ITEM FEE | | | |
| 06/03 | 19.00 | ELECTRONIC DBT | EXPRESS FITNESS  CLUB FEES  060311 | | PPD |

# BANK OF THE WEST

ANGELA D RILLER                                    STATEMENT PERIOD
                                                   05/12/11 THROUGH 06/09/11

622-043677

-----------------------------------------------------------------------------

WITHDRAWALS
DATE........AMOUNT.TRANSACTION DESCRIPTION
06/06       463.50 ELECTRONIC DBT        VZ WIRELESS VW    E CHECK    060611              TE
06/07        33.56 DEBIT CARD POS        MOUNTAIN MIKES PIZZA    DUBLIN              CA ON 11060
06/08       100.00 PAID ACH DEBIT        MACYS POA 0333    ELEC CHECK 060711 1275    PLEACA PO!
06/08        35.00 PAID OVERDRAFT FEE
06/09        18.00 NON-BOW ATM FEE

CHECKS
NUMBER..DATE........AMOUNT        NUMBER..DATE........AMOUNT        NUMBER..DATE........AMOUNT
 1148e 05/16        40.90          1149e 05/13        400.00        1150e 05/20        200.00
 e REPRESENTS ITEMS PRESENTED ELECTRONICALLY
-----------------------------------------------------------------------------
                            SAVINGS ACCOUNT NUMBER 622-043677
                                                                             -----------------
BEGINNING BALANCE................ 6.78    LOW BALANCE.........................6.78
        0 DEPOSITS................ 0.00    YEAR-TO-DATE INTEREST PAID..........6.78
        0 WITHDRAWALS............. 0.00    YEAR-TO-DATE FEDERAL TAX WITHHELD...0.00
ENDING BALANCE................... 6.78    YEAR-TO-DATE STATE TAX WITHHELD.....0.00
                                          ANNUAL PERCENTAGE YIELD EARNED......0.00
                                          INTEREST ACCRUED THIS STATEMENT.....0.00

RECYCLABLE  EQUAL HOUSING LENDER

For Your Protection: Please examine this statement and report any discrepancy within 30 days...

# Advantage Business Package Checking



ANGELA D RILLER
GARRETT Y RILLER
DBA GOD SENT CARE CENTER
7628 IRONWOOD DR
DUBLIN CA 94568-1917

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

As our way of saying thank you to our business customers, Wells Fargo is extending our best money-saving offers on many of our business products and services during the months of May and June. Stop by any Wells Fargo banking location during May and June for details. Or visit us online at wellsfargo.com/appreciation.

Member FDIC. Equal Housing Lender.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 # IMPORTANT ACCOUNT INFORMATION

Important Account Management Reminders:

No Overdraft fees will be charged if the Available Balance in your account is overdrawn by $5 or less after posting all transactions after the end of the Business Day. In addition, no more than four Overdraft and/or Returned Item fees will be charged on any Business Day.

We offer a variety of services to help you manage your money:
- Access to Online and Mobile Banking
- Sign up for Overdraft Protection and link an eligible Wells Fargo savings or credit account to your checking account

Read the latest updates about the integration efforts under way between Wells Fargo and Wachovia. Visit wellsfargo.com/wachovia/news.



## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $100.00 |
| Deposits/Credits | 9,400.00 |
| Withdrawals/Debits | - 9,559.02 |
| **Ending balance on 5/31** | **-$59.02** |
| Average ledger balance this period | $1,531.85 |

Account number: **6914906638**

**ANGELA D RILLER**
**GARRETT Y RILLER**
**DBA GOD SENT CARE CENTER**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/4 | | Deposit Made In A Branch/Store | 9,400.00 | | |
| 5/4 | | POS Purchase - 05/04 Mach ID 000000 Wal-Mart Store Pleasanton CA 8659 00461124714279973 ?McC=5310 | | 9.21 | |
| 5/4 | | POS Purchase - 05/04 Mach ID 000000 Wal-Mart Store Pleasanton CA 8659 00301124735225012 ?McC=5310 | | 16.03 | 9,474.76 |
| 5/6 | | Check Crd Purchase 05/04 Charlene Hu Neurology Pleasanton CA 425907xxxxxx8659 126140000122236 ?McC=8011 01 | | 140.00 | 9,334.76 |
| 5/9 | | Check Crd Purchase 05/05 Shell Oil 57444673800 Dublin CA 425907xxxxxx8659 128140003803022 ?McC=5542 90 | | 46.19 | |
| 5/9 | | ATM Withdrawal - 05/07 Mach ID D926Dkd4 US Bank Dublin US Bank Dudublin CA 8659 00461127654835170 | | 203.00 | |
| 5/9 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 5/9 | | Check Crd Purchase 05/07 Jcpenney Store 1156 Stockton CA 425907xxxxxx8733 129140003878666 ?McC=5311 90 | | 26.14 | |
| 5/9 | | Check Crd Purchase 05/07 Footlocker #8283 Stockton CA 425907xxxxxx8733 129140001889655 ?McC=5661 90 | | 99.18 | |
| 5/9 | | Ocwen Loan Servi Mtg Pmt 110506 xxxxx7000 Angela D Riller | | 5,964.27 | |
| 5/9 | | Ocwen Loan Servi Mtg Pmt 110506 xxxxx5471 Angela D Riller | | 2,459.10 | |
| 5/9 | | Ocwen Loan Servi Mtg Pmt 110506 xxxxx7000 Angela D Riller | | 19.50 | |
| 5/9 | | Ocwen Loan Servi Mtg Pmt 110506 xxxxx5471 Angela D Riller | | 19.50 | 495.38 |
| 5/10 | | Check Crd Purchase 05/09 Dublin Nails Dublin CA 425907xxxxxx8733 130140002584365 ?McC=7230 90 | | 30.00 | |
| 5/10 | | Check Crd Purchase 05/09 Chevron 00095542 Dublin CA 425907xxxxxx8733 130140003499089 ?McC=5542 90 | | 91.01 | |
| 5/10 | | Withdrawal Made In A Branch/Store | | 200.00 | 174.37 |
| 5/11 | | Check Crd Purchase 05/09 The Home Depot 629 Pleasanton CA 425907xxxxxx8733 131140001053350 ?McC=5200 90 | | 14.79 | |
| 5/11 | | Check Crd Purchase 05/09 Applebees 952861295283 Dublin CA 425907xxxxxx8659 131140000123430 ?McC=5812 90 | | 16.21 | 143.37 |
| 5/12 | | Check Crd Purchase 05/09 Black Angus Dublin Dublin CA 425907xxxxxx8659 132140000605391 ?McC=5812 90 | | 60.71 | |
| 5/12 | | Check Crd Purchase 05/10 Cvs Pharmacy #3024 Dublin CA 425907xxxxxx8733 132140000720221 ?McC=5912 90 | | 14.22 | |
| 5/12 | | Check Crd Purchase 05/10 Safeway Store 00019539 Dublin CA 425907xxxxxx8733 132140000396784 ?McC=5411 90 | | 18.66 | 49.78 |
| 5/16 | | Check Crd Purchase 05/12 B & C Gas Minimart Livermore CA 425907xxxxxx8733 135140006321837 ?McC=5542 90 | | 75.00 | -25.22 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/17 | | Overdraft Fee for Item $75.00 05/16 Check Crd Purchase 05/12 B & C Gas Minimart Livermore CA 425907xxxxxx8733 1351400063218 | | 25.00 | -50.22 |
| 5/31 | | Cash Deposited Fee | | 8.80 | -59.02 |
| **Ending balance on 5/31** | | | | | -59.02 |
| **Totals** | | | **$9,400.00** | **$9,559.02** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 9,400 | 5,000 | 4,400 | 0.002 | 8.80 |
| Paid and Deposited Items | 4 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$8.80** |

Help our environment! Turn off paper statements and go online. If 20 percent of U.S. businesses & households switched to online statements & e-bills only, over 1.8 million trees would be saved each year. Switching to online-only statements is easy - it only takes a few seconds. Simply sign on at wellsfargo.com/turnoffpaper and choose the "Online Only" delivery option.

Use online tools at home or anywhere with Internet access. Monitor transactions with free alerts*. Transfer funds between accounts anytime. View account activity in one secure place. For even more convenience use our mobile banking site: wf.com*. Go to wellsfargo.com (consumer accounts) or wellsfargo.com/biz (business accounts) to sign up or sign on today.

*Wells Fargo Mobile Banking access is free to our customers; however, your mobile carrier's messaging and web access charges may apply.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your         $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Transmission Log

| Date | Time | Type | Job # | Length | Speed | Station Name/Number | Pgs | Status |
|------|------|------|-------|--------|-------|---------------------|-----|--------|
| 2011-06-07 | 13:18 | SCAN | 03073 | 3:06 | 28800 | 17758233640 | 17 | OK -- V.34 AM31 |

**Fax Cover Sheet**

WELLS FARGO

PAGES SENT (Includes this cover sheet)    17

DATE    6/7/11

TO    Dean Lucich

TELEPHONE    FAX 1 (775) 823-3640

FROM   **Dublin Plaza** / Austin Mills

TELEPHONE (Required) **925-829-0551** / 775-240-0948    FAX **925-8338031**

SUBJECT    Home Loan

MESSAGE

*This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error or wish to discontinue receiving faxes, please notify us immediately by telephone at the number listed above. Thank you.*

CCM2307 (1-07 115349FO)