UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: [CASE NAME]
GARRETT YANCE RILLER & ANGELA
DAVETTE RILLER

Case No. 11-42980

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: March 2011        PETITION DATE: 3-18-11

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

|   | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | Asset and Liability Structure | | | |
|   | a. Current Assets | 4,973.10 | $0 | |
|   | b. Total Assets | 1,727,173.10 | $0 | |
|   | c. Current Liabilities | 0 | $0 | |
|   | d. Total Liabilities | 2,318,742 | $0 | |

|   | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | Statement of Cash Receipts & Disbursements for Month | | | |
|   | a. Total Receipts | $0 | | $0 |
|   | b. Total Disbursements | $0 | | $0 |
|   | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
|   | d. Cash Balance Beginning of Month | $0 | | $0 |
|   | e. Cash Balance End of Month (c + d) | $0 | $0 | $0 |

|   | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $0 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                                        Yes          No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    ___    ✓
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    $5000 3/11 Robert Bone Atty
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?    ✓
13. Are a plan and disclosure statement on file?    ___    ✓
14. Was there any post-petition borrowing during this reporting period?    ___    ✓

15. Check if paid: Post-petition taxes ___ ;     U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 7/25/11            _Angela P Riller_
                         Responsible Individual

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)

For the Month Ended MARCH 2011

11-42980

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | Current Assets | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | -26.90 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | 5000.00 |
| 4 | Other: | | |
| 5 | | | |
| 6 | Total Current Assets | | 4973.10  $0 |
| | Long Term Assets (Market Value) | | |
| 7 | Real Property (residential) | | 850,000 |
| 8 | Real property (rental or commercial) | | 850,000 |
| 9 | Furniture, Fixtures, and Equipment | | 1200.00 |
| 10 | Vehicles | | 21,000 |
| 11 | Partnership interests | | 0 |
| 12 | Interest in corporations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | Total Long Term Assets | | 1,722,200.00  $0 |
| 18 | Total Assets | | 1,727,173.10  $0 |
| | Liabilities | | |
| | Post-Petition Liabilities | | |
| | Current Liabilities | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | Total Current Liabilities | | 0  $0 |
| 26 | Long-Term Post Petition Debt | | |
| 27 | Total Post-Petition Liabilities | | $0 |
| | Pre-Petition Liabilities (allowed amount) | | |
| 28 | Secured claims (residence) | | 1,063,441 |
| 29 | Secured claims (other) | | 1,214,864 |
| 30 | Priority unsecured claims | | 8,000 |
| 31 | General unsecured claims | | 32,437 |
| 32 | Total Pre-Petition Liabilities | | 2,318,742.00  $0 |
| 33 | Total Liabilities | | 2,318,742.00  $0 |
| | Equity (Deficit) | | |
| 34 | Total Equity (Deficit) | | -591,56.90 |
| 35 | Total Liabilities and Equity (Deficit) | | 1,727,173.10  $0 |

NOTE: Indicate the method used to estimate the market value of assets (e.g., appraisals, familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1-08

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended _MARCH 2011_

# 11-42980

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Part Time Job - Valley Care hospital | 2940.57 | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 2940.57   $0 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | Error ~~2940.57~~ ~~2964.57~~ | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | ~~365.38~~ | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Living Expenses | 1000.00 | |
| 33 | Expenses of Home Care Business | 955.00 | |
| 34 | Church donations | 500.00 | |
| 35 | Valley Care Taxes Deductions | 365.38 | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | 2820.38   $0 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | 120.19   $0 | $0 |
| 39 | **Cash Balance, Beginning of Period** | ~~2029.00~~ ~~-26.90~~ -26.90 | |
| 40 | **Cash Balance, End of Period** | 93.10   $0 | $0 |

Revised 1/1/98

Case # 11-42980

## SCHEDULES TO THE BALANCE SHEET

MARCH 2011

Schedule A
Rental Income Information

List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.


Schedule B
Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Bank of West | | |
| 11 | Account No. | 622043677 | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | -26.90 | | |
| 14 | Total Funds on Hand for all Accounts | -26.90 | $0 | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# BANK OF THE WEST®

STATEMENT

*For March 18-30 2011*

```
DUBLIN OFFICE                                   PAGE     1 OF  3
7533 DUBLIN BOULEVARD              00622
DUBLIN CA 94568-2901 800-488-2265
```

```
ANGELA D RILLER                              STATEMENT PERIOD
RYAN W RILLER                                03/10/11 THROUGH 04/11/11
7733 BLOOMFIELD TERR
DUBLIN CA  94568 5564
```

622-043677            0 ITEMS ENCLOSED

---

USE YOUR BANK OF THE WEST DEBIT CARD ALONG WITH YOUR PIN TO MAKE PURCHASES. IT'S EASY, SAFE AND SECURE. REMEMBER, NEVER SHARE YOUR PIN WITH ANYONE.

---

## FREE CHECKING ACCOUNT NUMBER 622-043677

```
BEGINNING BALANCE................175.77
   3 DEPOSITS...................4,512.54   AVERAGE DAILY BALANCE..............1,464.00
   2 CREDITS....................5,369.90   LOW BALANCE..........................23.90-
  58 WITHDRAWALS................7,139.64   YEAR-TO-DATE INTEREST PAID............0.00
   8 CHECKS....................2,610.43    YEAR-TO-DATE TAX WITHHELD.............0.00
ENDING BALANCE...................308.14    ANNUAL PERCENTAGE YIELD EARNED........0.00
                                           INTEREST ACCRUED THIS STATEMENT.......0.00
```

|                              | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|------------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES         | 0.00                  | 25.00              |
| TOTAL RETURNED ITEM FEES     | 0.00                  | 175.00             |

### DEPOSITS
```
DATE........AMOUNT.TRANSACTION DESCRIPTION
03/18      2,500.19 ELECTRONIC DEP   VALLEYCARE HEALT PR PAYMENT 031811         PPD
04/01      2,869.71 ELECTRONIC DEP   VALLEYCARE HEALT PR PAYMENT 040111         PPD
DATE........AMOUNT                DATE........AMOUNT              DATE........AMOUNT
03/14        406.54               03/25        106.00             04/01      4,000.00
```

### WITHDRAWALS
```
DATE........AMOUNT.TRANSACTION DESCRIPTION
03/10         75.00 DEBIT CARD POS   VALERO #7210               DUBLIN          CA ON 110310
03/11         50.00 CASH WD ATM      0910-004339 BK WEST  DUBLIN BLVD  DUBLIN   CA
03/11         44.12 DEBIT CARD POS   SAFEWAY  FUEL 10019537     DUBLIN          CA ON 110311
03/14         58.29 DEBIT CARD POS   SHELL OIL 57444673800      DUBLIN          CA ON 110314
03/14         49.29 DEBIT CARD POS   SHELL OIL 57444673800      DUBLIN          CA ON 110314
03/18        400.00 CASH WD ATM      0910-005620 BK WEST  DUBLIN BLVD  DUBLIN   CA
03/18         15.95 DEBIT CARD POS   CORWOOD CAR WASH           DUBLIN          CA ON 110318
03/21        300.00 CASH WD ATM      0910-006150 BK WEST  DUBLIN BLVD  DUBLIN   CA
03/21        198.38 DEBIT CARD POS   COMCAST CALIFORNIA         800-COMCAST     CA ON 110321
03/21        123.20 DEBIT CARD POS   TARGET     00003285        DUBLIN          CA ON 110320
03/21        100.00 DEBIT CARD POS   KAISER PERMANENTE NOCA     OAKLAND         CA ON 110321
03/21         85.00 DEBIT CARD POS   SHELL OIL 57444673800      DUBLIN          CA ON 110321
03/21        200.00 ELECTRONIC DBT   VZ WIRELESS VW    E CHECK    032111        TEL
03/21        200.00 CONV ELECTRONIC CK MACYS POA 0339   ELEC CHECK 032111 1137  SAN CA POP
03/22        108.00 ELECTRONIC DBT   Central Cred Svc Auto Draft 032111         PPD
03/22         65.77 DEBIT CARD POS   ZACHARYS CHICAGO PIZZA     SAN RAMON       CA ON 110322
03/23         47.17 DEBIT CARD POS   SHELL OIL 57444673800      DUBLIN          CA ON 110322
03/23        400.00 CASH WD ATM      0910-006496 BK WEST  DUBLIN BLVD  DUBLIN   CA
03/23         26.44 DEBIT CARD POS   SAFEWAY STORE 00019539     DUBLIN          CA ON 110323
03/23         12.92 DEBIT CARD POS   OUTBACK #0523              DUBLIN          CA ON 110323
03/24        100.00 DEBIT CARD POS   ATT*CONS PHONE PMT         800-211-6605    TX ON 110324
```



For Your Protection: Please examine this

# BANK OF THE WEST

DUBLIN OFFICE                           00622           PAGE     2 OF   3
7533 DUBLIN BOULEVARD
DUBLIN CA 94568-2901 800-488-2265

                                            STATEMENT PERIOD
ANGELA D RILLER                             03/10/11 THROUGH 04/11/11


622-043677

---

```
WITHDRAWALS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
03/24         75.00 DEBIT CARD POS     VALERO #7210              DUBLIN         CA ON 11032
03/24         19.07 DEBIT CARD POS     COUNTRY WAFFLES    QPS    DUBLIN         CA ON 11032
03/25        147.55 POS PURCHASE       029595             TARGET T0328 D   Dublin       CA
03/25         59.81 POS PURCHASE       428221             HCO#30155        Pleasonton   CA
03/25         44.86 DEBIT CARD POS     VALERO #7210              DUBLIN         CA ON 11032
03/28         60.00 CASH WD ATM        0910-007457 BK WEST  DUBLIN BLVD   DUBLIN        CA
03/29         31.56 DEBIT CARD POS     BLACK ANGUS DUBLIN        DUBLIN         CA ON 11032
03/30         50.02 DEBIT CARD POS     VALERO #7210              DUBLIN         CA ON 11033
04/01        400.00 CASH WD ATM        0910-008253 BK WEST  DUBLIN BLVD   DUBLIN        CA
04/01         19.00 ELECTRONIC DBT     EXPRESS FITNESS    CLUB FEES   040111          PPI
04/04        200.00 CASH WD ATM        0910-008978 BK WEST  DUBLIN BLVD   DUBLIN        CA
04/04        100.00 DEBIT CARD POS     KAISER PERMANENTE NOCA    OAKLAND        CA ON 11040
04/04         75.00 DEBIT CARD POS     VALERO #7210              DUBLIN         CA ON 11040
04/04         71.01 DEBIT CARD POS     THE OLIVE GARD00013821    HAYWARD        CA ON 11040
04/04         53.18 DEBIT CARD POS     SHELL OIL 57444673800     DUBLIN         CA ON 11040
04/04         29.50 DEBIT CARD POS     VIP QUALITY CLEANER       DUBLIN         CA ON 11040
04/04          2.19 DEBIT CARD POS     REDBOX *DVD RENTAL QPS    OAKBRKTERRACE  IL ON 11040
04/05        400.00 CASH WD ATM        0910-009170 BK WEST  DUBLIN BLVD   DUBLIN        CA
04/05         83.25 POS PURCHASE       362050             SAFEWAY STORE    DUBLIN       CA
04/05         55.70 DEBIT CARD POS     BLACK ANGUS DUBLIN        DUBLIN         CA ON 11040
04/05         13.00 DEBIT CARD POS     DUBLIN NAILS              DUBLIN         CA ON 11040
04/05          5.25 DEBIT CARD POS     CARROWS - 1298     QPS    DUBLIN         CA ON 11040
04/05          3.98 DEBIT CARD POS     LUCKY #770 SAN RAMON      SAN RAMON      CA ON 11040
04/05        142.61 ELECTRONIC DBT     ATT                Payment     040511        TEI
04/05        102.56 ELECTRONIC DBT     ATT                Payment     040511        TEI
04/06        200.00 CASH WD ATM        0910-009376 BK WEST  DUBLIN BLVD   DUBLIN        CA
04/06         74.58 DEBIT CARD POS     BIG 5 SPORTING #239       DUBLIN         CA ON 11040
04/06        308.35 ELECTRONIC DBT     VZ WIRELESS VW     E CHECK    040611        TEI
04/07        400.00 CASH WD ATM        0910-009539 BK WEST  DUBLIN BLVD   DUBLIN        CA
04/07         90.00 DEBIT CARD POS     SHELL OIL 57444673800     DUBLIN         CA ON 11040
04/08        400.00 CASH WD ATM        0910-009679 BK WEST  DUBLIN BLVD   DUBLIN        CA
04/08         88.19 POS PURCHASE       032707             TARGET T0328 D   Dublin       CA
04/08         57.92 POS PURCHASE       510019             WALGREEN COMPA   SAN RAMON    CA
04/11        400.00 CASH WD ATM        0910-000045 BK WEST  DUBLIN BLVD   DUBLIN        CA
04/11         84.98 DEBIT CARD POS     FIT*24 HOUR FITNESS       800-432-6348   CA ON 11041
04/11         76.73 DEBIT CARD POS     SHELL OIL 57444673800     DUBLIN         CA ON 11041
04/11         55.26 DEBIT CARD POS     CARROWS - 1298            DUBLIN         CA ON 11041
CHECKS
NUMBER..DATE.........AMOUNT      NUMBER..DATE.........AMOUNT      NUMBER..DATE.........AMOUNT
  1136e 03/15         65.00        1140e 04/05         330.00       9684e*04/05        500.00
  1138e*04/01        300.00        1141e 04/08         219.67       9714e*04/08      1,000.00
  1139e 04/05        113.58        1142e 04/11          82.18
  e REPRESENTS ITEMS PRESENTED ELECTRONICALLY, * REPRESENTS A GAP IN CHECK NUMBERS
```

For Your Protection: Please examine this statement and report any discrepancy within 30 days

BANK#WEST

DUBLIN OFFICE
7533 DUBLIN BOULEVARD
DUBLIN CA 94568-2901  800-488-2265          00622          PAGE     3 OF    3

ANGELA D RILLER                                      STATEMENT PERIOD
                                                     03/10/11 THROUGH 04/11/11

622-043677

------------------------------------------------------------------------------
                              SAVINGS ACCOUNT NUMBER 622-043677
BEGINNING BALANCE.................  6.78     LOW BALANCE................................6.78
    0 DEPOSITS....................  0.00     YEAR-TO-DATE INTEREST PAID.................0.00
    0 WITHDRAWALS.................  0.00     YEAR-TO-DATE FEDERAL TAX WITHHELD..........0.00
ENDING BALANCE....................  6.78     YEAR-TO-DATE STATE TAX WITHHELD............0.00
                                              ANNUAL PERCENTAGE YIELD EARNED.............0.00
                                              INTEREST ACCRUED THIS STATEMENT............0.00



For Your Protection: Please examine this statement and report any discrepancy within 30 days.          MEMBER FDIC