# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| In re: [CASE NAME] | Case No. _11- 42980_ |
|---|---|
| GARRETT YANCE RILLER & ANGELA DAVETTE RILLER | CHAPTER 11 MONTHLY OPERATING REPORT (SMALL REAL ESTATE/INDIVIDUAL CASE) |

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: _April 2011_          PETITION DATE: _March 18, 2011_

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in __$1__

| | | End of Current Month | | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | | |
| | a. Current Assets | 5722.67 | $0 | 4973.10 | |
| | b. Total Assets | 1727922.69 | $0 | 1727173.10 | |
| | c. Current Liabilities | 0 | $0 | 0 | |
| | d. Total Liabilities | 231.8742 | $0 | 2,318,742 | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $0 | | $0 |
| | b. Total Disbursements | $0 | | $0 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
| | d. Cash Balance Beginning of Month | $0 | | $0 |
| | e. Cash Balance End of Month (c + d) | $0 | $0 | $0 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $0 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount and name of payee) | | ✓ |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount and name of payee) | | ✓ |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | ✓ | |
| 13. | Are a plan and disclosure statement on file? | | ✓ |
| 14. | Was there any post-petition borrowing during this reporting period? | | ✓ |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ✓; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: _7/15/11_          _[signature] Angela Riller_
                          Responsible Individual

*April 1-30th 2011*
*CASE # 11-42980*

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|  | Description of Property | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 |  |  |  |  |
| 2 | Scheduled Gross Rents |  |  |  |
|  | Less: |  |  |  |
| 3 | Vacancy Factor |  |  |  |
| 4 | Free Rent Incentives |  |  |  |
| 5 | Other Adjustments |  |  |  |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) |  |  |  |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|  |  | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Bank of West | Wells Fargo |  |
| 11 | Account No. | 622043677 | 69149066538 |  |
| 12 | Account Purpose |  | DIP |  |
| 13 | Balance, End of Month | 5622.67 | 100 - |  |
| 14 | Total Funds on Hand for all Accounts | $0 |  |  |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended _Apr. 1 2011_

# 11-42980

| Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|
| **Current Assets** | | |
| 1. Cash and cash equivalents (including bank accts., CDs, etc.) | | 5722.67 |
| 2. Accounts receivable (net) | | |
| 3. Retainer(s) paid to professionals | | |
| 4. Other: | | |
| 5. | | |
| 6. **Total Current Assets** | | 5722.67 |
| | | |
| **Long Term Assets (Market Value)** | | |
| 7. Real Property (residential) | | 850,000 |
| 8. Real property (rental or commercial) | | 850,000 |
| 9. Furniture, Fixtures, and Equipment | | 1200.00 |
| 10. Vehicles | | 21,000 |
| 11. Partnership interests | | 0 |
| 12. Interest in corporations | | |
| 13. Stocks and bonds | | |
| 14. Interests in IRA, Keogh, other retirement plans | | |
| 15. Other: | | |
| 16. | | |
| 17. **Total Long Term Assets** | | 1722200.00 $0 |
| 18. **Total Assets** | | 1727922.67 $0 |

**Liabilities**

**Post-Petition Liabilities**

| **Current Liabilities** | | |
|---|---|---|
| 19. Post-petition not delinquent (under 30 days) | | |
| 20. Post-petition delinquent other than taxes (over 30 days) | | |
| 21. Post-petition delinquent taxes | | |
| 22. Accrued professional fees | | |
| 23. Other: | | |
| 24. | | |
| 25. **Total Current Liabilities** | | 0 $0 |
| 26. Long-Term Post Petition Debt | | |
| 27. **Total Post-Petition Liabilities** | | 0 $0 |

| **Pre-Petition Liabilities (allowed amount)** | | |
|---|---|---|
| 28. Secured claims (residence) | | 1,063,441 |
| 29. Secured claims (other) | | 1,214,864 |
| 30. Priority unsecured claims | | 8000.00 |
| 31. General unsecured claims | | 32,437 |
| 32. **Total Pre-Petition Liabilities** | | 2318742 $0 |
| 33. **Total Liabilities** | | 2318742 $0 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 34. Total Equity (Deficit) | | - 590819.33 |
| 35. Total Liabilities and Equity (Deficit) | | 1727922.67 $0 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals, familiarity with comparable market prices, etc.) and the date the value was determined.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended *April 2011*

*11-42980*

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | *10,500* | *10,500* |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | *Valley Care Hosp - PT Job* | *8337.74* | *11,278.31* |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | Total Cash Receipts | *18,837.74* $0 | *23,810.84* $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | *Living Expenses* | *5000.00* | *6000 -* |
| 33 | *Home Care Business Expenses* | *4700.00* | *5655. -* |
| 34 | *church donation* | *2900.00* | *3400. 00* |
| 35 | *Valley Care TAX deductions* | *1062.96* | *1428.34* |
| 36 | *College Expenses* | *800.00* | *800* |
| 37 | Total Cash Disbursements: | *14462.96* $0 | *17283.34* $0 |
| 38 | Net Increase (Decrease) in Cash | *4374.28* $0 | *4494.90* $0 |
| 39 | Cash Balance, Beginning of Period | *93.10* | *66.20* |
| 40 | Cash Balance, End of Period | *4467.88* $0 | *4560.98* $0 |

Revised 1.1.98



PAGE      1 OF     3

DUBLIN OFFICE                    00622
7533 DUBLIN BOULEVARD
DUBLIN CA 94568-2901 800-488-2265

STATEMENT PERIOD
04/12/11 THROUGH 05/11/11

ANGELA D RILLER
RYAN W RILLER
7733 BLOOMFIELD TERR
DUBLIN CA  94568 5564

622-043677          0 ITEMS ENCLOSED

--------------------------------------------------------------------
IMPROVEMENT TO FUNDS AVAILABILITY: THE REFERENCE TO $100 IN
THE "LONGER DELAYS MAY APPLY" SECTION OF YOUR DEPOSIT
DISCLOSURE BOOKLET IS REPLACED WITH $200 AS OF 5/9/2011.
--------------------------------------------------------------------

## FREE CHECKING ACCOUNT NUMBER 622-043677

BEGINNING BALANCE..............308.14
   3 DEPOSITS................9,400.00
   2 CREDITS................4,180.07
  94 WITHDRAWALS...........12,036.03
   5 CHECKS................1,851.00
ENDING BALANCE.................. 1.18

AVERAGE DAILY BALANCE...................1,728.00
LOW BALANCE...................................5.18
YEAR-TO-DATE INTEREST PAID................0.00
YEAR-TO-DATE TAX WITHHELD.................0.00
ANNUAL PERCENTAGE YIELD EARNED..............0.00
INTEREST ACCRUED THIS STATEMENT............0.00

|                            | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|----------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES       | 0.00                  | 25.00              |
| TOTAL RETURNED ITEM FEES   | 35.00                 | 210.00             |

## DEPOSITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | |
|------|--------|-------------------------|---|---|
| 04/15 | 2,069.98 | ELECTRONIC DEP | VALLEYCARE HEALT PR PAYMENT 041511 | PPD |
| 04/29 | 2,110.09 | ELECTRONIC DEP | VALLEYCARE HEALT PR PAYMENT 042911 | PPD |

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 04/12 | 3,000.00 | 04/20 | 3,000.00 | 04/29 | 3,400.00 |

## WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | | |
|------|--------|-------------------------|---|---|---|
| 04/12 | 205.36 | DEBIT CARD POS | APEX WIRELESS | DUBLIN | CA ON 110412 |
| 04/12 | 34.01 | DEBIT CARD POS | SAFEWAY FUEL 10019537 | DUBLIN | CA ON 110412 |
| 04/12 | 577.34 | ELECTRONIC DBT | COMCAST COMCAST 041211 | | TEL |
| 04/12 | 106.64 | ELECTRONIC DBT | COMCAST COMCAST 041211 | | TEL |
| 04/13 | 82.39 | DEBIT CARD POS | VALERO #7210 | DUBLIN | CA ON 110413 |
| 04/13 | 74.41 | POS PURCHASE | 175297 H & M | PLEASANTON CA | |
| 04/13 | 53.79 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | CA ON 110413 |
| 04/13 | 33.39 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | CA ON 110413 |
| 04/13 | 32.88 | POS PURCHASE | 009771 MACY'S 33 | PLEASANTON CA | |
| 04/13 | 19.74 | POS PURCHASE | 008552 JCPENNEY STORE | PLEASANTON CA | |
| 04/13 | 5.75 | DEBIT CARD POS | PRESIDIO-CALE PARK QPS | SAN FRANCISCO | CA ON 110413 |
| 04/14 | 100.00 | CASH WD ATM | 0910-000844 BK WEST DUBLIN BLVD DUBLIN | | CA |
| 04/14 | 43.30 | POS PURCHASE | 370317 SAFEWAY STORE | DUBLIN | CA |
| 04/14 | 21.92 | POS PURCHASE | 098666 PRETTY IN PINK | DUBLIN | CA |
| 04/14 | 17.52 | DEBIT CARD POS | MCDONALD'S F1510 QPS DUBLIN | | CA ON 110414 |
| 04/15 | 400.00 | CASH WD ATM | 0910-000915 BK WEST DUBLIN BLVD DUBLIN | | CA |
| 04/15 | 57.15 | DEBIT CARD POS | UNION 76 10096477 HAYWARD | | CA ON 110415 |
| 04/15 | 41.46 | POS PURCHASE | 037390 MICHAELS #9443 | DUBLIN | CA |
| 04/15 | 38.18 | DEBIT CARD POS | UNION 76 10096477 HAYWARD | | CA ON 110415 |
| 04/15 | 75.86 | ELECTRONIC DBT | BJ Global DIRECT kymarochk 041511 | | TEL |
| 04/18 | 688.78 | POS PURCHASE | 023927 TARGET T0328 D Dublin | | CA |



# BANK OF THE WEST ®

STATEMENT

*For April 2011*

PAGE    1 OF   3

DUBLIN OFFICE                    00622
7533 DUBLIN BOULEVARD
DUBLIN CA 94568-2901 800-488-2265

STATEMENT PERIOD
03/10/11 THROUGH 04/11/11

ANGELA D RILLER
RYAN W RILLER
7733 BLOOMFIELD TERR
DUBLIN CA  94568 5564

622-043677          0 ITEMS ENCLOSED

--------------------------------------------------------------------------
USE YOUR BANK OF THE WEST DEBIT CARD ALONG WITH YOUR PIN TO
MAKE PURCHASES. IT'S EASY, SAFE AND SECURE. REMEMBER, NEVER
SHARE YOUR PIN WITH ANYONE.
--------------------------------------------------------------------------

FREE CHECKING ACCOUNT NUMBER 622-043677

| | | |
|---|---|---|
| BEGINNING BALANCE..............175.77 | AVERAGE DAILY BALANCE....................1,464.00 | |
| 3 DEPOSITS................4,512.54 | LOW BALANCE...................................23.90- | |
| 2 CREDITS................5,369.90 | YEAR-TO-DATE INTEREST PAID.................0.00 | |
| 58 WITHDRAWALS............7,139.64 | YEAR-TO-DATE TAX WITHHELD..................0.00 | |
| 8 CHECKS..................2,610.43 | ANNUAL PERCENTAGE YIELD EARNED.............0.00 | |
| ENDING BALANCE................308.14 | INTEREST ACCRUED THIS STATEMENT............0.00 | |

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES      | 0.00                  | 25.00              |
| TOTAL RETURNED ITEM FEES  | 0.00                  | 175.00             |

## DEPOSITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | |
|------|--------|-------------------------|---|---|
| 03/18 | 2,500.19 | ELECTRONIC DEP | VALLEYCARE HEALT PR PAYMENT 031811 | PPD |
| 04/01 | 2,869.71 | ELECTRONIC DEP | VALLEYCARE HEALT PR PAYMENT 040111 | PPD |

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 03/14 | 406.54 | 03/25 | 106.00 | 04/01 | 4,000.00 |

## WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | | |
|------|--------|-------------------------|---|---|---|
| 03/10 | 75.00 | DEBIT CARD POS | VALERO #7210 | DUBLIN | CA ON 110310 |
| 03/11 | 50.00 | CASH WD ATM | 0910-004339 BK WEST  DUBLIN BLVD  DUBLIN | | CA |
| 03/11 | 44.12 | DEBIT CARD POS | SAFEWAY FUEL 10019537 | DUBLIN | CA ON 110311 |
| 03/14 | 58.29 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | CA ON 110314 |
| 03/14 | 49.29 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | CA ON 110314 |
| 03/18 | 400.00 | CASH WD ATM | 0910-005620 BK WEST  DUBLIN BLVD  DUBLIN | | CA |
| 03/18 | 15.95 | DEBIT CARD POS | CORWOOD CAR WASH | DUBLIN | CA ON 110318 |
| 03/21 | 300.00 | CASH WD ATM | 0910-006150 BK WEST  DUBLIN BLVD  DUBLIN | | CA |
| 03/21 | 198.38 | DEBIT CARD POS | COMCAST CALIFORNIA | 800-COMCAST | CA ON 110321 |
| 03/21 | 123.20 | DEBIT CARD POS | TARGET        00003285 | DUBLIN | CA ON 110320 |
| 03/21 | 100.00 | DEBIT CARD POS | KAISER PERMANENTE NOCA | OAKLAND | CA ON 110321 |
| 03/21 | 85.00 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | CA ON 110321 |
| 03/21 | 200.00 | ELECTRONIC DBT | VZ WIRELESS VW    E CHECK    032111 | | TEL |
| 03/21 | 200.00 | CONV ELECTRONIC CK | MACYS POA 0339    ELEC CHECK 032111 1137 | | SAN CA POP |
| 03/21 | 108.00 | ELECTRONIC DBT | Central Cred Svc Auto Draft 032111 | | PPD |
| 03/22 | 65.77 | DEBIT CARD POS | ZACHARYS CHICAGO PIZZA | SAN RAMON | CA ON 110322 |
| 03/22 | 47.17 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | CA ON 110322 |
| 03/23 | 400.00 | CASH WD ATM | 0910-006496 BK WEST  DUBLIN BLVD  DUBLIN | | CA |
| 03/23 | 26.44 | DEBIT CARD POS | SAFEWAY STORE 00019539 | DUBLIN | CA ON 110323 |
| 03/23 | 12.92 | DEBIT CARD POS | OUTBACK #0523 | DUBLIN | CA ON 110323 |
| 03/24 | 100.00 | DEBIT CARD POS | ATT*CONS PHONE PMT | 800-211-6605 | TX ON 110324 |


RECYCLABLE

**For Your Protection:** Please examine this statement and report any discrepancy within 30 days.          MEMBER FDIC

# BANK OF WEST

DUBLIN OFFICE                              00622
7533 DUBLIN BOULEVARD
DUBLIN CA 94568-2901 800-488-2265

ANGELA D RILLER                     STATEMENT PERIOD
                                    03/10/11 THROUGH 04/11/11

622-043677

---------------------------------------------------------------------------

## WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | | |
|------|--------|-------------------------|--|--|--|
| 03/24 | 75.00 | DEBIT CARD POS | VALERO #7210 | DUBLIN | CA ON 110324 |
| 03/24 | 19.07 | DEBIT CARD POS | COUNTRY WAFFLES    QPS | DUBLIN | CA ON 110324 |
| 03/25 | 147.55 | POS PURCHASE | 029595        TARGET T0328 D | Dublin | CA |
| 03/25 | 59.81 | POS PURCHASE | 428221        HCO#30155 | Pleasonton | CA |
| 03/25 | 44.86 | DEBIT CARD POS | VALERO #7210 | DUBLIN | CA ON 110325 |
| 03/28 | 60.00 | CASH WD ATM | 0910-007457 BK WEST  DUBLIN BLVD | DUBLIN | CA |
| 03/29 | 31.56 | DEBIT CARD POS | BLACK ANGUS DUBLIN | DUBLIN | CA ON 110329 |
| 03/30 | 50.02 | DEBIT CARD POS | VALERO #7210 | DUBLIN | CA ON 110330 |
| 04/01 | 400.00 | CASH WD ATM | 0910-008253 BK WEST  DUBLIN BLVD | DUBLIN | CA |
| 04/01 | 19.00 | ELECTRONIC DBT | EXPRESS FITNESS  CLUB FEES  040111 | | PPD |
| 04/04 | 200.00 | CASH WD ATM | 0910-008978 BK WEST  DUBLIN BLVD | DUBLIN | CA |
| 04/04 | 100.00 | DEBIT CARD POS | KAISER PERMANENTE NOCA | OAKLAND | CA ON 110404 |
| 04/04 | 75.00 | DEBIT CARD POS | VALERO #7210 | DUBLIN | CA ON 110404 |
| 04/04 | 71.01 | DEBIT CARD POS | THE OLIVE GARD00013821 | HAYWARD | CA ON 110404 |
| 04/04 | 53.18 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | CA ON 110404 |
| 04/04 | 29.50 | DEBIT CARD POS | VIP QUALITY CLEANER | DUBLIN | CA ON 110404 |
| 04/04 | 2.19 | DEBIT CARD POS | REDBOX *DVD RENTAL QPS | OAKBRKTERRACE | IL ON 110404 |
| 04/05 | 400.00 | CASH WD ATM | 0910-009170 BK WEST  DUBLIN BLVD | DUBLIN | CA |
| 04/05 | 83.25 | POS PURCHASE | 362050        SAFEWAY STORE | DUBLIN | CA |
| 04/05 | 55.70 | DEBIT CARD POS | BLACK ANGUS DUBLIN | DUBLIN | CA ON 110405 |
| 04/05 | 13.00 | DEBIT CARD POS | DUBLIN NAILS | DUBLIN | CA ON 110405 |
| 04/05 | 5.25 | DEBIT CARD POS | CARROWS - 1298    QPS | DUBLIN | CA ON 110405 |
| 04/05 | 3.98 | DEBIT CARD POS | LUCKY #770 SAN RAMON | SAN RAMON | CA ON 110405 |
| 04/05 | 142.61 | ELECTRONIC DBT | ATT        Payment  040511 | | TEL |
| 04/05 | 102.56 | ELECTRONIC DBT | ATT        Payment  040511 | | TEL |
| 04/06 | 200.00 | CASH WD ATM | 0910-009376 BK WEST  DUBLIN BLVD | DUBLIN | CA |
| 04/06 | 74.58 | DEBIT CARD POS | BIG 5 SPORTING #239 | DUBLIN | CA ON 110406 |
| 04/06 | 308.35 | ELECTRONIC DBT | VZ WIRELESS VW   E CHECK  040611 | | TEL |
| 04/07 | 400.00 | CASH WD ATM | 0910-009539 BK WEST  DUBLIN BLVD | DUBLIN | CA |
| 04/07 | 90.00 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | CA ON 110407 |
| 04/08 | 400.00 | CASH WD ATM | 0910-009679 BK WEST  DUBLIN BLVD | DUBLIN | CA |
| 04/08 | 88.19 | POS PURCHASE | 032707        TARGET T0328 D | Dublin | CA |
| 04/08 | 57.92 | POS PURCHASE | 510019        WALGREEN COMPA | SAN RAMON | CA |
| 04/11 | 400.00 | CASH WD ATM | 0910-000045 BK WEST  DUBLIN BLVD | DUBLIN | CA |
| 04/11 | 84.98 | DEBIT CARD POS | FIT*24 HOUR FITNESS | 800-432-6348 | CA ON 110411 |
| 04/11 | 76.73 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | CA ON 110411 |
| 04/11 | 55.26 | DEBIT CARD POS | CARROWS - 1298 | DUBLIN | CA ON 110411 |

## CHECKS

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1136e | 03/15 | 65.00 | 1140e | 04/05 | 330.00 | 9684e* | 04/05 | 500.00 |
| 1138e* | 04/01 | 300.00 | 1141e | 04/08 | 219.67 | 9714e* | 04/08 | 1,000.00 |
| 1139e | 04/05 | 113.58 | 1142e | 04/11 | 82.18 | | | |

e REPRESENTS ITEMS PRESENTED ELECTRONICALLY, * REPRESENTS A GAP IN CHECK NUMBERS

BANKWEST

ANGELA D RILLER                              STATEMENT PERIOD
                                             03/10/11 THROUGH 04/11/11

622-043677

---------------------------------------------------------------------

SAVINGS ACCOUNT NUMBER 622-043677

BEGINNING BALANCE................. 6.78
      0 DEPOSITS...................... 0.00    LOW BALANCE.........................6.78
      0 WITHDRAWALS................ 0.00    YEAR-TO-DATE INTEREST PAID...........6.78
ENDING BALANCE................... 6.78    YEAR-TO-DATE FEDERAL TAX WITHHELD....0.00
                                          YEAR-TO-DATE STATE TAX WITHHELD......0.00
                                          ANNUAL PERCENTAGE YIELD EARNED.......0.00
                                          INTEREST ACCRUED THIS STATEMENT......0.00

For Your Protection: Please examine this statement and report any discrepancy within 30 days.

MEMBER FDIC

# BANK OF WEST

DUBLIN OFFICE                        00622
7533 DUBLIN BOULEVARD
DUBLIN CA 94568-2901 800-488-2265

ANGELA D RILLER

STATEMENT PERIOD
04/12/11 THROUGH 05/11/11

622-043677

---

## WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | | | |
|------|--------|-------------------------|---|---|---|---|
| 04/18 | 400.00 | CASH WD ATM | 0910-001417 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 04/18 | 400.00 | CASH WD ATM | 0910-001148 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 04/18 | 100.00 | DEBIT CARD POS | KAISER PERMANENTE NOCA | OAKLAND | | CA ON 110418 |
| 04/18 | 81.75 | DEBIT CARD POS | VALERO #7210 | DUBLIN | | CA ON 110418 |
| 04/18 | 36.00 | DEBIT CARD POS | REGAL CINEMAS HACIENDA | DUBLIN | | CA ON 110418 |
| 04/18 | 31.83 | DEBIT CARD POS | BIG LOTS #042800042812 | DUBLIN | | CA ON 110418 |
| 04/18 | 12.25 | DEBIT CARD POS | REGAL CINEMAS HACIENDA | DUBLIN | | CA ON 110418 |
| 04/18 | 11.91 | DEBIT CARD POS | SUBWAY        00023150 | DUBLIN | | CA ON 110418 |
| 04/18 | 10.50 | DEBIT CARD POS | VIP QUALITY CLEANER | DUBLIN | | CA ON 110418 |
| 04/19 | 104.24 | POS PURCHASE | 003703        TARGET T0328 D | Dublin | | CA |
| 04/19 | 100.00 | CASH WD ATM | 0910-001696 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 04/20 | 33.64 | DEBIT CARD POS | MIMIS CAFE 41 | DUBLIN | | CA ON 110420 |
| 04/21 | 400.00 | CASH WD ATM | 0910-002169 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 04/21 | 75.00 | DEBIT CARD POS | ROTTEN ROBBIE #64 | LIVERMORE | | CA ON 110421 |
| 04/22 | 300.00 | CASH WD ATM | 0910-002327 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 04/22 | 103.00 | CASH WD ATM | 004972        US BANK DUBLIN | DUBLIN | | CA |
| 04/22 | 67.99 | DEBIT CARD POS | STUDENT FIN AID SVCS | 800-750-3446 | | CA ON 110422 |
| 04/25 | 203.00 | CASH WD ATM | 005079        US BANK DUBLIN | DUBLIN | | CA |
| 04/25 | 80.00 | DEBIT CARD POS | VCHS GIFT SHOP | LIVERMORE | | CA ON 110424 |
| 04/25 | 77.31 | DEBIT CARD POS | CHEVRON 0095542 | DUBLIN | | CA ON 110424 |
| 04/25 | 52.74 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | | CA ON 110425 |
| 04/25 | 362.49 | ELECTRONIC DBT | VZ WIRELESS VW    E CHECK    042511 | | | TEL |
| 04/27 | 500.00 | IN-BRANCH WDR | | | | |
| 04/27 | 12.02 | DEBIT CARD POS | REDBOX *DVD RENTAL | 866-733-2693 | | IL ON 110427 |
| 04/29 | 300.00 | CASH WD ATM | 0910-003551 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 04/29 | 200.00 | CASH WD ATM | 0910-003480 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 05/02 | 599.16 | DEBIT CARD POS | BIG O TIRES #7 | DUBLIN | | CA ON 110430 |
| 05/02 | 400.00 | CASH WD ATM | 0910-004014 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 05/02 | 400.00 | CASH WD ATM | 0910-003923 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 05/02 | 364.45 | POS PURCHASE | 528830        Pacific Gas & | San FranciscoCA | | |
| 05/02 | 262.00 | DEBIT CARD POS | STANLEY STEEMER/SL,CA | SAN LEANDRO | | CA ON 110430 |
| 05/02 | 251.45 | POS PURCHASE | 528857        Pacific Gas & | San FranciscoCA | | |
| 05/02 | 198.45 | POS PURCHASE | 528811        Pacific Gas & | San FranciscoCA | | |
| 05/02 | 151.35 | POS PURCHASE | 061693        BCF - 6900 AMADOR DUBLIN | | | CA |
| 05/02 | 122.11 | DEBIT CARD POS | BUBBA GUMP-SAN FRAN | MONTEREY | | CA ON 110502 |
| 05/02 | 102.77 | DEBIT CARD POS | SOUTHWEST CREDIT SYSTE | CARROLLTON | | TX ON 110430 |
| 05/02 | 100.00 | DEBIT CARD POS | KAISER PERMANENTE NOCA | OAKLAND | | CA ON 110502 |
| 05/02 | 82.31 | POS PURCHASE | 002464        MACY'S        33 | PLEASANTON | CA | |
| 05/02 | 69.08 | DEBIT CARD POS | RED ROBIN NO 195 | PLEASANTON | | CA ON 110502 |
| 05/02 | 58.17 | POS PURCHASE | 656053        BIG LOTS #0428 | DUBLIN | | CA |
| 05/02 | 54.85 | POS PURCHASE | 008961        JCPENNEY STORE | PLEASANTON | CA | |
| 05/02 | 54.59 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | | CA ON 110502 |
| 05/02 | 50.00 | CASH WD ATM | 0910-003751 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 05/02 | 50.00 | CASH WD ATM | 0910-003878 BK WEST | DUBLIN BLVD | DUBLIN | CA |
| 05/02 | 45.35 | POS PURCHASE | 564665        SHELL Service | DUBLIN | | CA |
| 05/02 | 45.30 | DEBIT CARD POS | SHELL OIL 57444673800 | DUBLIN | | CA ON 110502 |
| 05/02 | 27.21 | POS PURCHASE | 198454        SHELL Service | DUBLIN | | CA |

For Your Protection: Please examine this statement and report any discrepancy within 30 days.

ANGELA D RILLER

622-043677

---

WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | | |
|---|---|---|---|---|---|
| 05/02 | 26.10 | DEBIT CARD POS | CHINA VILLAGE | DUBLIN | CA ON 1104: |
| 05/02 | 15.74 | DEBIT CARD POS | LUCKY #770 SAN RAMON | SAN RAMON | CA ON 11050 |
| 05/02 | 14.39 | DEBIT CARD POS | DAIRY QUEEN #40700 QPS | SAN RAMON | CA ON 11050 |
| 05/02 | 2.72 | DEBIT CARD POS | DAIRY QUEEN #40700 QPS | SAN RAMON | CA ON 11050 |
| 05/02 | 19.00 | ELECTRONIC DBT | EXPRESS FITNESS CLUB FEES 050211 | | PF |
| 05/03 | 400.00 | CASH WD ATM | 0910-004486 BK WEST DUBLIN BLVD DUBLIN | | CA |
| 05/03 | 126.49 | POS PURCHASE | 930260 ORCHARD SUPPLY DUBLIN | CA | |
| 05/03 | 72.39 | DEBIT CARD POS | WORLD OF SHOES INC | DUBLIN | CA ON 11050 |
| 05/03 | 19.25 | DEBIT CARD POS | WD FAMILY CAFE61217428 | SAN FRANCISCO | CA ON 11050 |
| 05/03 | 7.00 | DEBIT CARD POS | AMPCO PARKING PIER 39 | SAN FRANCISCO | CA ON 11050 |
| 05/03 | 7.00 | DEBIT CARD POS | AMPCO PARKING PIER 39 | SAN FRANCISCO | CA ON 11050 |
| 05/04 | 400.00 | CASH WD ATM | 0910-004647 BK WEST DUBLIN BLVD DUBLIN | | CA |
| 05/04 | 87.74 | DEBIT CARD POS | CHEVRON 0095542 | DUBLIN | CA ON 11050- |
| 05/04 | 66.68 | DEBIT CARD POS | BLACK ANGUS DUBLIN | DUBLIN | CA ON 11050- |
| 05/04 | 44.06 | POS PURCHASE | 630989 ORCHARD SUPPLY DUBLIN | CA | |
| 05/04 | 35.66 | POS PURCHASE | 391091 SAFEWAY STORE DUBLIN | CA | |
| 05/04 | 7.33 | DEBIT CARD POS | WENDYS 00009 Q25 | DUBLIN | CA ON 11050- |
| 05/04 | 5.99 | DEBIT CARD POS | MCDONALD'S F12934 | SAN RAMON | CA ON 11050- |
| 05/05 | 1.50 | DEBIT CARD POS | PRESIDIO-CALE PARK | SAN FRANCISCO | CA ON 11050- |
| 05/05 | 17.87 | DEBIT CARD POS | MCDONALD'S F12934 | SAN RAMON | CA ON 11050! |
| 05/06 | 16.00 | DEBIT CARD POS | TAQUERIA EL BALAZO | PLEASANTON | CA ON 11050! |
| 05/10 | 200.00 | CASH WD ATM | 0910-004997 BK WEST DUBLIN BLVD DUBLIN | | CA |
| 05/10 | 84.98 | DEBIT CARD POS | FIT*24 HOUR FITNESS | 800-432-6348 | CA ON 110510 |
| 05/10 | 35.00 | RETURNED ITEM FEE | | | |
| 05/11 | 65.00 | CASH WD ATM | 0910-005904 BK WEST DUBLIN BLVD DUBLIN | | CA |
| 05/11 | 4.00 | NON-BOW ATM FEE | | | |

CHECKS

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1143e | 04/12 | 200.00 | 1145e | 05/03 | 351.00 | 9955e* | 04/18 | 700.00 |
| 1144e | 04/27 | 200.00 | 9504e* | 04/15 | 400.00 | | | |

e REPRESENTS ITEMS PRESENTED ELECTRONICALLY, * REPRESENTS A GAP IN CHECK NUMBERS

---

SAVINGS ACCOUNT NUMBER 622-043677

| | | | |
|---|---|---|---|
| BEGINNING BALANCE | 6.78 | LOW BALANCE | 6.78 |
| 0 DEPOSITS | 0.00 | YEAR-TO-DATE INTEREST PAID | 0.00 |
| 0 WITHDRAWALS | 0.00 | YEAR-TO-DATE FEDERAL TAX WITHHELD | 0.00 |
| ENDING BALANCE | 6.78 | YEAR-TO-DATE STATE TAX WITHHELD | 0.00 |
| | | ANNUAL PERCENTAGE YIELD EARNED | 0.00 |
| | | INTEREST ACCRUED THIS STATEMENT | 0.00 |

For Your Protection: Please examine this statement

# Advantage Business Package Checking



ANGELA D RILLER
GARRETT Y RILLER
DBA GOD SENT CARE CENTER
7628 IRONWOOD DR
DUBLIN CA 94568-1917

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/20 | $0.00 |
| Deposits/Credits | 100.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 4/30** | **$100.00** |
| Average ledger balance this period | $90.90 |

Account number: **6914906638**

**ANGELA D RILLER**
**GARRETT Y RILLER**
**DBA GOD SENT CARE CENTER**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/21 | | Deposit Made In A Branch/Store | 100.00 | | 100.00 |
| Ending balance on 4/30 | | | | | 100.00 |
| **Totals** | | | **$100.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 100 | 5,000 | 0 | 0.002 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

With Wells Fargo Business Online, you can get free*, timely account alerts to notify you when important transactions occur. Choose to be notified when a deposit or withdrawal posts, when balances fall below a certain level, and more. You can also customize how you'd like to be notified - by email, text message, or both. It's an easy way to stay on top of critical business information.

Setting up alerts is easy. Simply sign on to Wells Fargo Business Online at wellsfargo.com/biz. Select the "Messages & Alerts" tab, then select "Set Up/Modify Alerts".

*Alerts sent to your wireless device may be subject to a fee by your wireless service.

Stay a step ahead. . . Introducing My Money Map

- Discover smart ways to manage your money online.
- Set savings and spending goals and monitor them over time.
- Get automatic updates to track your progress.

My Money Map builds on the success of My Spending Report, Budget Watch and My Savings Plan used by thousands of customers like you every day.

Online customers can start using My Money Map immediately-it's so easy, and there's no setup required. Colorful, easy-to-review charts create an instant snapshot of your finances. Use My Money Map to track deposits, categorize spending, and easily create a budget.

Online customers go to wellsfargo.com, sign on, then select the My Money Map tab to get started. Not an Online Banking customer? Visit wellsfargo.com, or wellsfargo.com/biz to sign up today.





# ✓ IMPORTANT ACCOUNT INFORMATION

AMENDMENT TO FUNDS AVAILABILITY POLICY

Starting on or about May 9, 2011, and ending on June 22, 2011 (subject to the location of the deposit transaction):

We will increase the amount of funds made available to you if a hold is placed against your deposit. If a hold is placed, the first $200 of the deposit will be available to you on the first Business Day (second Business Day for certain Alaska deposits) after the day of your deposit. We will notify you if a hold is placed against your deposit and when the full amount of your deposit will become available.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $

**ADD**

**B.** Any deposits listed in your $
register or transfers into $
your account which are not $
shown on your statement. + $

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.