ROBERT C. BORRIS JR., ESQ. #85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581 7111 Fax 582 6729
rborrisjr@aol.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GARRETT YANCE RILLER SR. &<br>ANGELA DAVETTE RILLER, dba God<br>Sent Care Center<br><br>    Debtors | Chapter 11 42980 RLE<br><br>STATEMENT OF THE FEE<br>ARRANGEMENTS AND<br>DECLARATION BY COUNSEL IN<br>SUPPORT OF APPLICATION FOR<br>LEAVE TO EMPLOY COUNSEL FOR<br>DEBTORS IN POSSESSION<br>(Bankruptcy Code §§327, 328,<br>329,1103(b), Rules 2014, 2016, and<br>5002) |

    To: United States Bankruptcy Judge ROGER EFREMSKY:

    I, ROBERT C. BORRIS JR., Esq., Applicant, declare under penalty of perjury under the laws of the United States, make this application as required by Section 329 of Title 11 of the United States Code, for an Order authorizing my employment by the Debtors in possession as counsel for Debtors.

    To the best of my knowledge, I declare that I have no connection with the Debtors

herein. I have no connection with any creditor, party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. I represent no interest adverse to the estate or to Debtors.

The Debtors have paid to Applicant the sum of $3,961 as and for fees plus $1,039.00 as and for filing fees. I will assist the Debtors in analysis of the legal problems attendant upon Debtors' financial situation, advising them as to possible remedies under the Bankruptcy Code including the rehabilitation proceedings inside and outside such Code, preparation of the initial pleadings and reports, attendance at meetings of creditors as required by the court, negotiation with creditors and holders of interests, conduct of all litigation that does not require special counsel, drafting a Disclosure Statement and a Plan of reorganization, attempting to obtain necessary consents, and court approval of the plan and any further services which appear necessary and which the Debtors and the I desire to have me perform. Debtors have agreed to pay such sums as the court may award for the services above-described and has agreed to a charge therefor at the rate of $225.00 per hour for services by me, for attorneys employed by me at my customary hourly charges and for para-professional persons employed by me @ $65.00 per hour. I have not agreed to share any of the fees herein with any other attorneys or any other persons.

My post petition fees and expenses shall only be payable after order of this Court

approving fees and/or reimbursement of expenses advanced by me. I comply with the requirements of Bankruptcy Code Sections 327, 329,1103(b) and Rules 2014, 2016, and 5002.

July 23, 2011

                                        S/S/ *Robert C. Borris Jr., Esq.*
                                        Counsel for Debtors