1  BARBARA A. MATTHEWS (SBN 185094)
   Assistant U.S. Trustee
2  MATTHEW R. KRETZER (SBN 157949)
   Trial Attorney
3  U.S. DEPARTMENT OF JUSTICE
   Office of the United States Trustee
4  1301 Clay Street, Suite 690N
   Oakland, California 94612-5231
5  Telephone:  (510) 637-3200
   e-mail: matthew.r.kretzer@usdoj.gov
6
   Attorneys for Acting United States Trustee,
7  August B. Landis

8            UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF CALIFORNIA
9
   In Re:                          Case No.      11-42980 E
10
   **Garrett Yance Riller Sr. & Angela**       Chapter       11
11 **Davette Riller,**

12
                      Debtors.
13

14        **APPOINTMENT AND NOTICE OF APPOINTMENT OF**
                 **PATIENT CARE OMBUDSMAN**
15
16        Pursuant to 11 U.S.C. § 333, Federal Rule of Bankruptcy Procedure 2007.2(c) and the

17 Court's order on the record on July 26, 2011 directing this appointment,  August B. Landis,

   Acting United States Trustee, hereby appoints as the Patient Care Ombudsman in this case:
18
                       Joseph Rodrigues
19                 State Long-Term Care Ombudsman
             Office of the State Long-Term Care Ombudsman
20                California Department of Aging
                  1300 National Drive, Suite 200
21                    Sacramento, CA 95834

22        Pursuant to Bankruptcy Rule 2007.2(c), a verified statement by Joseph Rodrigues is not

23 necessary because he is the State Long-Term Care Ombudsman.

24        Section 333 of the Bankruptcy Code provides that the Patient Care Ombudsman shall:

25 (1)    monitor the quality of patient care provided to patients of the debtor, to the extent

26        necessary under the circumstances, including interviewing patients and physicians;

27 (2)    not later than 60 days after the date of this appointment, and not less frequently than at

28        60-day intervals thereafter, report to the court after notice to the parties in interest, at a

   **Notice of Appointment of Ombudsman  Case No. 11-42980 E**

hearing or in writing, regarding the quality of patient care provided to patients of the debtor;

(3)   if such ombudsman determines that the quality of patient care provided to patients of the debtor is declining significantly or is otherwise being materially compromised, file with the court a motion or a written report, with notice to the parties in interest immediately upon making such determination; and

(4)   shall maintain any information obtained by such ombudsman under section 333 of the Bankruptcy Code that relates to patients (including information relating to patient records) as confidential information.  Such ombudsman may not review confidential patient records unless the court approves such review in advance and imposes restrictions on such ombudsman to protect the confidentiality of such records.

Federal Rule of Bankruptcy Procedure  2015.1 states:

(a)    Reports.
Unless the court orders otherwise, a patient care ombudsman, at least 10 days before making a report under § 333(b)(2) of the Code, shall give notice that the report will be made to the court.  The notice shall be transmitted to the United States trustee, posted conspicuously at the health care facility that is the subject of the report, and served on the debtor, the trustee, all patients, and any committee elected under § 705 or appointed under § 1102 of the Code or its authorized agent, or, if the case is a chapter 9 municipality case or a chapter 11 reorganization case and no committee of unsecured creditors has been appointed under § 1102, on the creditors included on the list filed under Rule 1007(d), and such other entities as the court may direct.  The notice shall state the date and time when the report will be made, the manner in which the report will be made, and, if the report is in writing, the name, address, telephone number, email address, and website, if any, of the person from whom a copy of the report may be obtained at the debtor's expense.

(b)    Authorization to Review Confidential Patient Records
A motion by a health care ombudsman under § 333(c) to review confidential patient records shall be governed by Rule 9014, served on the patient and any family member or other contact person whose name and address has been given to the trustee or the debtor for the purpose of providing information regarding the patient's health care, and transmitted to the United States trustee subject to applicable nonbankruptcy law relating to patient privacy.  Unless the court orders otherwise, a hearing on the motion may be commended no earlier than 15 days after service of the motion.

Notice is further given that the Patient Care Ombudsman appointed in this case  may resign the position as Patient Care Ombudsman for any reason upon twenty (20) days written notice to the United States Trustee, said notice to be delivered to the United States Trustee via

overnight mail delivery or certified mail at the following address:

Office of the United States Trustee
1301 Clay St, Ste 690 N
Oakland, CA 94612-5231

A copy of any such notice shall also be transmitted to the Clerk of the Bankruptcy Court for filing and docketing in this case.

Respectfully submitted,

Dated: August 4, 2011

BARBARA A. MATTHEWS
Assistant United States Trustee


By:     /s/ *Matthew R. Kretzer*
Matthew R. Kretzer
Trial Attorney
Attorneys for Acting U.S. Trustee
August B. Landis