**Entered on Docket**
**August 08, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. BORRIS JR., ESQ. #85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581 7111 Fax 582 6729
rborrisjr@aol.com

**The following constitutes**
**the order of the court. Signed August 08, 2011**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Chapter 11 42980 RLE |
| ) | |
| GARRETT YANCE RILLER SR. & ) | ORDER AUTHORIZING DEBTORS |
| ANGELA DAVETTE RILLER, dba God ) | IN POSSESSION TO EMPLOY |
| Sent Care Center ) | ATTORNEY & APPROVAL OF |
| ) | GENERAL RETAINER |
| Debtors ) | AGREEMENT(Bankruptcy Code |
| ) | §§327, 328, 329,1103(b), Rules 2014, |
| ) | 2016, and 5002) |
| ) | |
| ) | |

Upon the Application of Debtors in Possession and upon the affidavit of their

proposed attorney of record, ROBERT C. BORRIS JR., Esq., and it appearing that

1. ROBERT C. BORRIS JR., Esq is an attorney duly admitted to practice in this

court; and

2. ROBERT C. BORRIS JR., Esq. has no connection with the Debtor herein.

3. ROBERT C. BORRIS JR., Esq has no other connections with the Debtor, any

creditor, any party in interest, their respective attorneys and accountants, the office of the United States Trustee, or any person employed in the office of the United States trustee;4. The court being satisfied that ROBERT C. BORRIS JR., Esq. represents no interest adverse to said Debtors in Possession, or to their estate, in the matters upon which he is to be engaged;

5. That his employment is necessary and would be to the best interests of the estate, and

NOW THEREFORE, it is HEREBY ORDERED that the employment by the Debtors in possession herein, of ROBERT C. BORRIS JR., Esq, to represent him as Debtor in possession, upon the terms stated in the application and pursuant to Bankruptcy Code §§327, 328, 329,in this case under chapter 11 of the Bankruptcy Code is APPROVED

End of Order

| | COURT SERVICE LIST |
|---|---|
| 1 | |
| 2 | |
| 3 | Matthew Kretzer, Esq. |
| | Office of the US Trustee |
| 4 | 1301 Clay Street 690N |
| | Oakland CA 94612 |
| 5 | |